# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anita B. Cauthorn a/k/a Anita Barns Cauthorn<br>　　　　Debtor<br><br>M&T Bank<br>　　　　　　Movant<br>　　vs.<br><br>Anita B. Cauthorn a/k/a Anita Barns Cauthorn<br>　　　　Debtor<br><br>Frederick L. Reigle<br>　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-16999 SR<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Plan of M&T Bank, which was filed with the Court on or about **December 21, 2016**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Thomas I. Puleo, Esquire**
　　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

March 29, 2017