## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | ANITA CAUTHORN | : | CHAPTER 13 |
|---|---|---|---|
|  |  | : |  |
|  |  | : |  |
|  | DEBTOR | : | BANKRUPTCY No. 16-16999SR |

### ORDER DISMISSING CASE

AND NOW, this _____ day of _____, 2017, after notice and hearing, the above captioned case is hereby dismissed without prejudice, and it is further

ORDERED that this Court shall retain jurisdiction to rule upon any fee applications that have been filed in this case; and it is further

ORDERED that all applications for administrative fees are to be filed within twenty (20) days of dismissal, and are subject to the Trustee's commission.

BY THE COURT:

**Date: August 11, 2017**

_____
THE HONORABLE STEPHEN RASLAVICH