United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16999-sr
Anita B. Cauthorn                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey            Page 1 of 2              Date Rcvd: Aug 11, 2017
                       Form ID: pdf900          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db              Anita B. Cauthorn,    4417 Riverview Lane, #43,    Philadelphia, PA   19129-1781
13802268        ASHRO,    3650 Milwaukee St.,    Madison, WI 53714-2399
13802269        Comenity Bank/Dressbarn,    PO Box 182789,    Columbus, OH 43218-2789
13802270        FedLoan Servicing,    POB 69184,    Harrisburg, PA 17106-9184
13882041        U. S. Department of Education,    c/o FedLoan Servicing,   P. O. Box 69184,
                 Harrisburg, PA   17106-9184
13814366        Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
                 Eagan MN 55121-7700
13802271       +Wells Fargo Bank, NA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 12 2017 01:35:03     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2017 01:34:25      Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2017 01:34:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2017 01:35:48     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13838571        E-mail/Text: camanagement@mtb.com Aug 12 2017 01:34:09     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
13809061        E-mail/Text: camanagement@mtb.com Aug 12 2017 01:34:09     M&T Bank,   POB 900,
                 Millsboro, DE 19966
13805242        E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2017 01:35:56     Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                                                                                                                 TOTAL: 7

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13809060        Lawrence Yancey
13809057*       ASHRO,    3650 Milwaukee St.,    Madison, WI 53714-2399
13809058*       Comenity Bank/Dressbarn,    PO Box 182789,    Columbus, OH 43218-2789
13809059*       FedLoan Servicing,    POB 69184,   Harrisburg, PA 17106-9184
13809062*      +Wells Fargo Bank, NA,    3476 Stateview Blvd.,   Fort Mill, SC 29715-7200
                                                                                                                                                                                 TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Aug 11, 2017
                              Form ID: pdf900           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        ZACHARY   PERLICK    on behalf of Debtor Anita B. Cauthorn Perlick@verizon.net, pireland1@verizon.net

        TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ANITA CAUTHORN    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 16-16999SR

### ORDER DISMISSING CASE

AND NOW, this _____ day of _____, 2017, after notice and hearing, the above captioned case is hereby dismissed without prejudice, and it is further

ORDERED that this Court shall retain jurisdiction to rule upon any fee applications that have been filed in this case; and it is further

ORDERED that all applications for administrative fees are to be filed within twenty (20) days of dismissal, and are subject to the Trustee's commission.

**Date: August 11, 2017**

BY THE COURT:

_____
THE HONORABLE STEPHEN RASLAVICH