**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      ANITA CAUTHORN        :        CHAPTER 13
:
:
DEBTOR             :        BANKRUPTCY No. 16-16999SR

## ORDER APPROVING COUNSEL FEES

    AND NOW, this      day of            , 2017 upon consideration of the Motion of Zachary Perlick, Esquire seeking the revesting of Trustee refund to satisfy an award of attorney compensation and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

    ORDERED AND DECREED that the Motion is granted.  The Trustee is ordered to pay Zachary Perlick, Esquire attorney fees from fees of the estate in the amount of $2,500.00, subject to the trustee's commission, as approved by this Court before any funds revest to the debtor.

**Dated: September 13, 2017**

_____
THE HONORABLE STEPHEN RASLAVICH

Dated:_____

cc:     Frederick L. Reigle, Trustee
PO Box 4010
Reading, PA 19606

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922

ANITA CAUTHORN
4417 Riverview Lane
Philadelphia, PA 19129